UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-24100-CIV-MORENO
(18-20229-CR-MORENO)

ROQUE ENMANUEL MATA,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick M. Hunt, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed on **October 3, 2019**  The Magistrate Judge filed a Report and Recommendation (**D.E. 11**) on **November 12, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court notes that no objections have been filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Hunt's Report and Recommendation is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Plaintiff's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DENIED for the reasons stated in the Report and Recommendation. It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of March 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick M. Hunt

Roque Enmanuel Mata, *pro se*
15368-104
Butner Medium II
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1500
Butner, NC 27509

Counsel of Record